# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLOTTE WEATHERFORD, ) | CASE NO. 3:22-cv-00337-ART-CLB |
| Petitioner, ) ) | |
| v. ) ) | **ORDER GRANTING ECF NO. 26** |
| ) ) | |
| BOSTON SCIENTIFIC ) CORPORATION, ) ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Charlotte Weatherford's claims against Defendant Boston Scientific Corporation shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  January 9, 2024                        Respectfully Submitted,

**BEN MARTIN LAW GROUP**               **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Rachel L. Wright*                        */s/ Kelvin D. Collado*
RACHEL L. WRIGHT (*pro hac vice*)       Kelvin D. Collado (*pro hac vice*)
Texas Bar No. 24054255                  FAEGRE DRINKER BIDDLE &
rwright@bencmartin.com                  REATH LLP
BEN MARTIN LAW GROUP                    90 S. 7th Street, Suite 2200
3141 Hood Street, Suite 600             Minneapolis, MN 55402
Dallas, Texas 75219                     Phone: (612) 766-1611
                                        Email:
Telephone: (214) 761-6614               kelvin.collado@faegredrinker.com

- 2 -

eservice@bencmartin.com

**WETHERALL GROUP, LTD.**
Peter C. Wetherall, Esq.
NV Bar #4414
2580 St. Rose Pkwy., Ste. 330
Henderson, NV  89074
Phone: (702) 838-8500
Fax:  (702) 837-5081
pwetherall@wetherallgroup.com
Fax: (404) 600-2626

*Attorneys for Plaintiff Charlotte Weatherford*

**ALVERSON TAYLOR & SANDERS**
LEANN SANDERS, ESQ.
Nevada Bar #390
KURT R. BONDS, ESQ.
Nevada Bar #6228
NICHOLAS F. PSYK, ESQ.
Nevada Bar #15983
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com

*Attorneys for Defendant Boston Scientific Corporation*

## ORDER

IT IS SO ORDERED.

Anne R. Traum
United States District Judge
DATED: January 9, 2024